**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| WEBSTER CAPITAL FINANCE, A DIVISION OF WEBSTER BANK, NATIONAL ASSOCIATION, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 4:24-cv-01645-MTS |
| STL EQUIPMENT LEASING CO., LLC, *et al.*, ) ) ) ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

A review of the file shows that Defendants' required responses to Plaintiff's pleading were due on January 03, 2025. To date, Defendants have failed to plead or otherwise defend.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Thursday**, **March 13, 2025**, Plaintiff shall seek entry of default by the Clerk. If the Clerk of Court enters default against Defendants, Plaintiff shall have twenty-one (21) days following such entry to seek a default judgment.

Failure to comply with this order may result in dismissal of this action without prejudice and without further notice.

Dated this 3rd day of March 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE